# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| GNAGEY GAS & OIL CO., INC., | : No. 107 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA UNDERGROUND | : |
| STORAGE TANK INDEMNIFICATION | : |
| FUND AND PENNSYLVANIA | : |
| UNDERGROUND STORAGE TANK | : |
| INDEMNIFICATION BOARD, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.